

| | | | |
|---|---|---|---|
| Com. v. Richie | 3153 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/20/2016 | CP–23–CR–0002327–<br>2015<br>(Delaware) |
| Com. v. Sexton | 3180 EDA 2015<br>Affirmed | 10/20/2016 | CP–51–CR–0714521–<br>1981<br>(Philadelphia) |
| Com. v. Daniels | 539 EDA 2016<br>Affirmed | 10/20/2016 | CP–51–CR–0012194–<br>2009<br>(Philadelphia) |
| Com. v. Smith, W. [28] | 1667 MDA 2015<br>Affirmed | 10/20/2016 | CP–22–MD–0001261–<br>1972<br>(Dauphin) |
| Com. v. Smith, K. | 2265 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/20/2016 | CP–54–CR–0001353–<br>2012<br>CP–54–CR–0001354–<br>2012<br>(Schuylkill) |
| Com. v. Henry | 550 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/20/2016 | CP–01–CR–0000694–<br>2015<br>(Adams) |
| Schilit v. EQT Corporation | 45 WDA 2016<br>Quashed | 10/20/2016 | GD 14–008994<br>(Allegheny) |
| In re Adoption of K.M.R.; Appeal of<br>M.T.R., Jr. | 287 WDA 2016<br>Reversed | 10/20/2016 | No. 18 Adopt–2015<br>(Fayette) |
| S.L.H. v. S.E.H. | 693 WDA 2016<br>Affirmed | 10/20/2016 | 864 for the year 2007<br>(Bedford) |
| Com. v. Mason | 1936 EDA 2013<br>Affirmed | 10/21/2016 | CP–51–CR–0001208–<br>2012<br>(Philadelphia) |
| Fannie Mae v. Kratz | 1534 EDA 2014<br>Affirmed | 10/21/2016 | 2011–25916<br>(Montgomery) |
| Com. v. King | 2692 EDA 2014<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 10/21/2016 | CP–51–CR–0111401–<br>2006<br>CP–51–CR–0111411–<br>2006<br>(Philadelphia) |
| Com. v. Austin | 966 EDA 2015<br>Affirmed | 10/21/2016 | CP–51–CR–0009078–<br>2013<br>(Philadelphia) |
| Com. v. Cassell | 1300 EDA 2015<br>Affirmed | 10/21/2016 | CP–51–CR–0007673–<br>2014<br>(Philadelphia) |

**28.** Petition for reargument denied December 28, 2016.